FILED
97 MAY 20 PM 1: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RODNEY MAURICE NOBLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs ) | CIVIL ACTION NO. 96-N-2901-W |
| ) | |
| POLICE CHIEF CLEVELAND BROWN, ) | **ENTERED** |
| CHIEF DETECTIVE TIM SORONEN, ) | |
| and THE YORK POLICE ) | MAY 20 1997 |
| DEPARTMENT ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the recommendation of the Magistrate Judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion for summary judgment is due to be granted and this complaint is due to be dismissed. An appropriate order will be entered.

DONE, this 19th day of May, 1997.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE